THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO: 1:22-CV-00296

| | |
|---|---|
| ALLIANCE OPHTHALMOLOGY, PLLC; DALLAS RETINA CENTER, PLLC; TEXAS EYE AND CATARACT, PLLC; AND HOFACRE OPTOMETRIC CORPORATION, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ECL GROUP, LLC; ECL HOLDINGS, LLC; EYE CARE LEADERS HOLDINGS, LLC; EYE CARE LEADERS PORTFOLIO HOLDINGS, LLC; INTEGRITY EMR, LLC; INTEGRITY EMR HOLDINGS, LLC; ALTA BILLING, LLC; AND ALTA BILLING HOLDINGS, LLC,<br><br>Defendants. | **JOINT MOTION TO CONSOLIDATE** |

Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, this Court's orders establishing interim case management deadlines (Doc. 34 and Text Order on June 2, 2023), and LR 6.1 and LR 7.3(j), the parties move to consolidate this action for settlement purposes with *Farley, et al. v. Eye Care Leaders Holdings, LLC*, Case No. 1:22-CV-00468-CCE-JLW. The grounds for this motion are set forth in the parties' Brief in Support of Joint Motion to Consolidate, which is incorporated herein by reference.

WHEREFORE, the parties respectfully request that the Court consolidate this action

with *Farley, et al. v. Eye Care Leaders Holdings, LLC*, Case No. 1:22-CV-00468-CCE-JLW for settlement purposes.

This the 22nd day of June, 2023,

   /s/  Patrick Grayson Spaugh
Russ Ferguson (N.C. Bar No. 39671)
russ.ferguson@wbd-us.com
Matthew F. Tilley (NC Bar No. 40125)
matthew.tilley@wbd-us.com
Patrick G. Spaugh (N.C. Bar No. 49532)
patrick.spaugh@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
One Wells Fargo Center, Suite 3500
301 S. College Street
Charlotte, North Carolina 28202-6037
Phone: 704-350-6361

*Counsel for Plaintiffs*

/s/ Matthew Nis Leerberg
Matthew Nis Leerberg (N.C. Bar No. 35406)
mleerberg@foxrothschild.com
FOX ROTHSCHILD LLP
P.O. Box 27525
Raleigh, NC 27611
Phone: 919.755.8700

*Counsel for Defendants*