# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ALLIANCE OPHTHALMOLOGY, PLLC; DALLAS RETINA CENTER, PLLC; TEXAS EYE AND CATARACT, PLLC; AND HOFACRE OPTOMETRIC CORPORATION, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>ECL GROUP, LLC; ECL HOLDINGS, LLC; EYE CARE LEADERS HOLDINGS, LLC; EYE CARE LEADERS PORTFOLIO HOLDINGS, LLC; INTEGRITY EMR, LLC; INTEGRITY EMR HOLDINGS, LLC; ALTA BILLING, LLC; AND ALTA BILLING HOLDINGS, LLC,<br><br>      Defendants. | 1:22-CV-00296-LCB-JLW |
| KIMBERLY FARLEY, CHAD FORRESTER, AND KIMBERLY SANDVIG, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>EYE CARE LEADERS HOLDINGS, LLC,<br><br>      Defendant. | 1:22-CV-00468-CCE-JLW |

# **ORDER**

The parties in the first above-captioned matter seek consolidation of these cases for settlement purposes. The parties in the second above-captioned matter consent to the

requested relief.

The Court finds that the actions involve common questions of law or fact. The Court therefore exercises its discretion to **GRANT** the motion.

**IT IS HEREBY ORDERED** that the above-captioned actions are **CONSOLIDATED FOR SETTLEMENT PURPOSES**.

In the event that the parties do not move for approval of any class settlement by July 21, 2023, or if the Court denies such motion, these actions will no longer be consolidated.

This, the 29th day of June 2023.

/s/ Loretta C. Biggs
United States District Judge